**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| VICTOR SONSINO ) | Case No. 21-54258-lrc |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| EDGEFIELD HOLDINGS, LLC, ) | |
| Movant ) | |
| ) | |
| v. ) | |
| ) | |
| VICTOR SONSINO, ) | |
| Respondent. ) | |
| ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Movant has filed a **MOTION FOR RELIEF FROM THE AUTOMATIC STAY** and related papers with the Court seeking an Order Granting its Motion for Relief from Stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the Motion for Relief of the Co-Debtor Stay at the following number: (toll-free number:833-568-8864; meeting id 161 346 1602, at 10:00 am on September 15, 2022, Courtroom 1204, in United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing.

1

Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk's Office, 1340 Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: August 22, 2022.

        **ROGERS LAW OFFICES**

        */s/ Beth. E. Rogers*
        Beth E. Rogers
        Georgia Bar No. 612092
        James F. F. Carroll
        Georgia Bar No. 940350
        9040 Roswell Rd, Ste. 205
        Atlanta, Georgia 30350
        770-685-6320 phone
        678-990-9959 fax
        brogers@berlawoffice.com
        *Attorney for Movant*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| VICTOR SONSINO ) | Case No. 21-54258-lrc |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| EDGEFIELD HOLDINGS, LLC, ) | |
| Movant ) | |
| ) | |
| v. ) | |
| ) | |
| VICTOR SONSINO, ) | |
| Respondent. ) | |
| ) | |

**EDGEFIELD HOLDINGS, LLC'S MOTION FOR RELIEF FROM THE
AUTOMATIC STAY**

COMES NOW, Edgefield Holdings, LLC ("Movant"), a creditor of Debtor Victor Sonsino ("Debtor"), and for its Motion for Relief from the Automatic Stay (the "Motion"), respectfully shows this Court the following:

## I. BACKGROUND FACTS

1. Debtors filed a voluntary petition with this Court under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") on June 3, 2021 (the "Petition Date").

3

2.     On November 22, 2011, Regions Bank ("Regions") received a judgment against, *inter alia*, the Debtor in that certain case styled as <u>Regions Bank v. Victor Sonsino, et al.</u>, Superior Court of Fulton County, Case No. 2011CV197383 ("Judgment Case") in the original principal amount of $375,092.44, plus attorney fees of $55,128.18 ("Judgment").

3.     Regions recorded a Writ of Fieri Facias for the Judgment on December 5, 2011 at Lien Book 2195, Page 585, Fulton County records, and renewed the Fi Fa by recording an alias Writ of Fieri Facias on December 4, 2018 for the Judgment at Lien Book 4300, Page 618, pursuant to O.C.G.A. § 9-12-60(a)(1).

4.     The Judgment was assigned to Edgefield pursuant to that certain Assignment of Judgment and Loan Documents dated August 9, 2018. Debtor filed his Chapter 7 bankruptcy petition on June 3, 2021.

5.     While the Judgment had been renewed by the recording of the alias Fi Fa, out of an abundance of caution, on March 11, 2021, Plaintiff timely filed a Petition to Renew/Revive the Judgment in that certain case styled as <u>Edgefield Holdings, LLC v. Victor Sonsino, et al</u>., Superior Court of Fulton County, Case No. 2021CV346877 ("Revival Case").

4

6. Edgefield was not able to serve the Debtor with the Revival Case prior to the Debtor filing bankruptcy and despite Edgefield filing a notice of bankruptcy in the Revival Case, same was dismissed for lack of service on February 23, 2022.

7. Edgefield filed its Non-Discharge Complaint in Adversary Case No. 22-05096 on July 5, 2022, objecting to the Debtor's discharge and dischargeability of debts, pursuant to 11 U.S.C. § 523 and 727. ("Adversary Proceeding").

8. Debtor filed his Motion to Dismiss on August 2, 2022, arguing that Edgefield does not have a valid claim because (1) filing the Alias Fi Fa does not renew the Judgment and (2) the original Judgment went dormant on November 22, 2018, before the Alias Fi Fa was recorded. [Doc. No. 4].

9. Edgefield filed its Response to the Motion to Dismiss, stating, *inter alia*, that the Judgment was not dormant because it had been renewed by the filing of the alias Fi Fa. [Doc. No. 5].

10. While Movant does not believe that its Judgment is dormant, out of an abundance of caution, Movant requests that it be granted relief from stay to continue the Revival Action and/or to file a new revival action for the Judgment pursuant to O.C.G.A. § 9-12-61, to revive the Judgment in abundance of caution. See In re

5

Beckham, 2004 WL 2201264, at *2 (Bkrtcy.S.D.Ga.,2004)(relief from stay required to revive judgment).

## II. MOVANT'S REQUEST FOR RELIEF FROM AUTOMATIC STAY

12. Movant is entitled to relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) for cause to, *inter alia*, seek to continue the Revival Action and/or to file a new revival action for the Judgment pursuant to O.C.G.A. § 9-12-61. Movant is entitled to relief from the automatic stay so that it may exercise all rights which it may have under applicable state law to revive the Judgment.

WHEREFORE, Movant prays that:

(a) That Movant be granted relief from the automatic stay pursuant to 11 U.S.C. §§ 362(d)(1) and 362(d)(2), and be permitted to exercise all rights which it may have under applicable state law as to reviving the Judgment, in the event that the Court finds that same is dormant;

(b) That Movant be allowed to send any notices, advertise or take any other action in connection with its efforts to revive the Judgment;

(c) That the provisions of Rule 4001(3) requiring a fourteen (14) day stay after entry of an order granting relief, do not apply; and

(d) For such other and further relief as is just and proper.

6

Respectfully submitted this _22nd_ day of August, 2022.

                              **ROGERS LAW OFFICES**

                              */s/ Beth E. Rogers*
                              Beth E. Rogers
                              Georgia Bar No. 612092
                              James F. F. Carroll
                              Georgia Bar No. 940350
                              9040 Roswell Road, Suite 205
                              Atlanta, GA 30350
                              770-685-6320 phone
                              678-990-9959 fax
                              brogers@berlawoffice.com
                              *Attorneys for Movant*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| VICTOR SONSINO | ) | Case No. 21-54258-lrc |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| EDGEFIELD HOLDINGS, LLC, | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VICTOR SONSINO, | ) | |
| Respondent. | ) | |
| | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a true and correct copy of the within and foregoing **Notice of Hearing and Motion for Relief from Automatic Stay** upon the following by ECF and/or having a copy of same placed in the United States Mail with adequate postage thereon and properly addressed as follows:

**Kennon Peebles, Jr.**
Law Office of Kennon Peebles, Jr.
3296 Summit Ridge Pkwy
Suite 1720
Duluth, GA 30096

8

*Attorney for Debtor*

**Cathy L. Scarver**
P. O. Box 672587
Marietta, GA 30006
*Chapter 7 Trustee*

**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
*U.S. Trustee*

Victor Sonsino
1465 Wembley Ct NE
Atlanta, GA 30329

    Dated: August 22, 2022

                                          */s/ James F. F. Carroll*
                                          James F. F. Carroll