**IT IS ORDERED as set forth below:**



**Date: September 29, 2022**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| VICTOR SONSINO | ) | Case No. 21-54258-lrc |
| | ) | |
| Debtor. | ) | |
| | ) | |
| EDGEFIELD HOLDINGS, LLC, | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VICTOR SONSINO, | ) | |
| Respondent. | ) | |

## ORDER GRANTING MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Edgefield Holdings, LLC (hereinafter referred to as the "Movant" or "Edgefield") having filed a *Motion for Relief from the Automatic* (the "Motion") on August 22, 2022 [Doc. No. 71] and a hearing having been held on same on September 15, 2022, at which no party opposed the relief

sought, upon lawful notice given to all required parties-in-interest, and it appearing to the Court that the Debtor having no opposition thereto and that the same is proper, it is hereby:

**ORDERED** that the Automatic Stay is lifted so that Movant is granted relief from the automatic stay to either continue the Revival Action[1] or to file a new revival action for the Judgment pursuant to O.C.G.A. § 9-12-61, and to exercise all rights which it may have under state law as to reviving the Judgment[2], including serving the Debtor with any revival action and sending out any notices, advertisements or take any other action in connection with any revival action;

**FURTHER ORDERED** that upon entry of an Order reviving the Judgment, Edgefield may record a Writ of Fieri Facias for same in any Georgia county in which it had previously recorded a Writ of Fieri Facias for the Judgment, but may not otherwise seek to collect upon the Judgment or further perfect any judgment lien as to same;

**FURTHER ORDERED** that any lien arising from the Judgment obtained in the Revival Action shall attach to property of the bankruptcy estate only to the extent that the lien of Edgefield attached to such property as of the commencement of this bankruptcy case;

**FURTHER ORDERED** the fourteen (14) day stay of Rule 4001(a)(3) is hereby waived.

**[End of Document]**

[SIGNATURES ON FOLLOWING PAGE]

---

[1] All capitalized terms herein have the same meaning as defined in the Motion for Relief from the Automatic Stay, unless otherwise defined.

[2] Nothing herein is an admission by Edgefield or a finding by the Court that the Judgment is dormant. Edgefield states that it has filed this Motion for Relief from Stay out of an abundance of caution, given the Motion to Dismiss filed by the Debtor in the Adversary.

**Prepared by:**

*/s/ James F. F. Carroll*
Beth E. Rogers
Rogers Law Offices
Georgia Bar No. 612092
James F. F. Carroll
GA Bar No. 940350
9040 Roswell Road, Ste 205
Atlanta, GA 30350
(770) 685-6320
distribution@berlawoffice.com
*Attorney for Movant*

Consented to by:
/s/ G. Frank Nason, IV
G. Frank Nason, IV
GA Bar No. 535160
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forrest Drive
Suite 435
Atlanta, GA 30328

**DISTRIBUTION LIST:**

**Kennon Peebles, Jr.**
Law Office of Kennon Peebles, Jr.
3296 Summit Ridge Pkwy
Suite 1720
Duluth, GA 30096
*Attorney for Debtor*

**Cathy L. Scarver**
P. O. Box 672587
Marietta, GA 30006
*Chapter 7 Trustee*

**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
*U.S. Trustee*

Frank Nason
6000 Lake Forrest Drive, N.W. Suite 435
 Atlanta, GA 30328

Victor Sonsino
1465 Wembley Ct NE
Atlanta, GA 30329