## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

| | |
|---|---|
| In Re: Debtor(s)<br>**Victor Sonsino**<br>1465 Wembley Ct NE<br>Atlanta, GA 30329–3968<br><br>**xxx–xx–8144** | Case No.: **21–54258–lrc**<br>Chapter: **7** |

## NOTICE SETTING DEADLINE FOR FILING PROOFS OF CLAIM

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The Trustee now reports that funds may be available for distribution.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

### Deadline: **July 3, 2023**

A claim form (Official Form B 410) may be obtained online at: www.ganb.uscourts.gov under the Forms tab or at any bankruptcy clerk's office and may be filed in person or by regular mail.

To file a claim electronically, visit www.ganb.uscourts.gov and access the ePOC tab.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

**\*\* Mailing Address**
United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

_/s/ M. Regina Thomas_
M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: April 4, 2023

Form ntcpoc
Revised February 2023