**IT IS ORDERED as set forth below:**

Date: July 21, 2023



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| VICTOR SONSINO, | : | CASE NO. 21-54258-lrc |
| | : | |
| Debtors | : | |
| | : | |

### ORDER APPROVING PROCEDURES FOR SALE OF PROPERTY

Before the Court is *Motion to Approve Procedures for Sale of Property* (the "Motion")(Doc. No. 92) filed by Cathy L. Scarver, in her capacity as Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Victor Sonsino ("Debtor"). In the Motion, Trustee requested approval of procedures for the potential sale of certain real property located in DeKalb County, Georgia, identified as map and parcel number 18 096 25 003, and identified as 1108 Rogers Street, Clarkston, GA 30021 or 3728 Hardage Street, Clarkston GA 30021 (the "Property") that is the subject of Trustee's *Complaint to (1) Avoid and Set Aside Transfer, (2) Recover Property or its Value for the Benefit of the Estate, and (3) Grant Related Relief* (the "Adversary Proceeding") against Atlanta Legacy Holdings, LLC ("Legacy").

On June 20, 2023, Trustee filed a *Notice of Motion to Approve Procedures for Sale, Deadline to Object and for Hearing* (the "Notice") pursuant to the Third Amended and Restated General Order 24-2018. The Notice was served on all creditors and interested parties on June 21, 2023. The Notice set the hearing on the Motion for July 20, 2023 (the "Hearing"), and fixed the deadline for objections to the Application as July 17, 2023 (which is the first business day that is more than 24 days from the service of the Notice).

Notice of the opportunity to object and for Hearing was provided pursuant to the procedures of the Third Amended and Restated General Order 24-2018 and no objection to the Motion was filed prior to the objection deadline. The Court has considered the Motion and all matters of record, including the lack of objection thereto. Based on the foregoing, no further notice or hearing is required, and the Court finds that good cause exists to grant the relief requested in the Motion. Accordingly, it is

ORDERED that the Motion is GRANTED: and it is further

ORDERED that the following procedures for the sale of the Property are hereby approved:

(i) Legacy shall provide Trustee and her agents access to the Property to conduct any valuation Trustee deems appropriate;

(ii) Legacy may employ a broker to market and sell the Property, provided the terms of the broker's employment are reasonable, normal, and customary for the industry;

(iii) Legacy shall provide Trustee with a copy of any broker agreement upon its execution;

(iv) Legacy shall consult with Trustee and her agents regarding any listing price for the Property;

(v) Legacy shall provide Trustee with any offers for the sale of the Property and shall consult with Trustee prior to accepting any offer for a price less than a price previously approved by Trustee;

(vi) Legacy shall inform Trustee of the date and time of closing and shall provide Trustee with any closing statement and documents relating to the closing;

(vii) The net proceeds of any sale, after ordinary and normal closing costs, prorations, and approved reimbursements, shall be held in trust by counsel for Trustee pending resolution of the Adversary Proceeding or other Court order; and

(viii) The Bankruptcy Court shall have exclusive jurisdiction to resolve any disputes between Trustee and Legacy arising in connection with the sale of the Property.

[END OF DOCUMENT]

**Prepared and presented by:**

LAMBERTH, CIFELLI,
 ELLIS & NASON, P.A.
*Attorneys for Debtor*

By: */s/ G. Frank Nason, IV*
      G. Frank Nason, IV
      Georgia Bar No. 535160
6000 Lake Forrest Drive
Suite 435
Atlanta, GA 30328
(404) 262-7373
fnason@lcenlaw.com

**Identification of parties to be served:**

G. Frank Nason, IV, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, N.W., Suite 435, Atlanta, GA  30328

Office of the U.S. Trustee, Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Suite 362, Atlanta, GA 30303

Cathy L. Scarver, Trustee, P.O. Box 672587, Marietta, GA 30006

Brian S. Goldberg, FREEMAN MATHIS & GARY, LLP, 100 Galleria Parkway, Suite 1600, Atlanta, GA 30339